FILED'10 JAN 28 12:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEVEN REYNOLDS, | CV. 09-1322-HU |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF OREGON, ATTORNEY GENERAL JOHN KROGER, | |
| Respondents. | |

BROWN, Judge

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 28 day of January, 2010.

_____
Anna J. Brown
United States District Judge

1 -- JUDGMENT